**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Willie James SMITH, Defendant— Appellant.**

**No. 05–7717.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 26, 2006.

Willie James Smith, Appellant Pro Se. Angela Hewlett Miller, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

PER CURIAM:

Willie James Smith seeks to appeal his motion pursuant to 28 U.S.C. § 2255 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). As the district court has not yet issued any final order related to his § 2255 motion, we accordingly dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*